UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

IN RE:
RICHARD L. CART
DEBTOR                                                                CASE NO.  19-91014-AKM-13

## MOTION FOR AUTHORITY TO SELL REAL ESTATE
## AND NOTICE OF OBJECTION DEADLINE

The Debtor, Richard L. Cart, by counsel, J. Charles Guilfoyle, respectfully moves the Court to enter an order authorizing the Debtor to sell the real estate located at 6414 N SR 7, Madison, IN 47250.  As grounds for this Motion, the Debtor states as follows:

1. The property to be sold is: 6414 N SR 7, Madison, IN 47250.  The Debtor owns this property jointly with his wife, Stephanie Cart, as tenants by the entireties;

2. The property has been placed with a broker who is in the business of selling such property in a "commercially reasonable manner" that would satisfy Indiana Code 26-1-9.1-6-10, specifically, Jim Pruett Group/eXp Realty, LLC, 304 Jefferson Street, Madison, IN 47250;

3. The prospective purchasers are Roberto Brooks and Katelynn Brooks;

4. The purchase price is $350,000.00, as evidenced by the Purchase Agreement, a copy of which is attached to this Motion;

5. At the time the Debtor filed his presently pending Chapter 13 Bankruptcy, the property to be sold was mortgaged with Rushmore Loan Management Service and there was approximately $144,155.00 remaining on the mortgage;

6. The Debtor has no relationship to the purchaser;

7. The property has been on the market and the Debtor believes the purchase price is a reasonable price for this real estate;

8.      Upon the sale of the residence, the proceeds shall be disbursed as follows:

      a)      The mortgage on the Debtor's residence, and all normal costs associated with the sale of the Debtor's residence, shall be paid at the time of closing;

The remaining proceeds from the sale shall be paid to the Debtor and his wife.

**NOTICE IS GIVEN** that any objection to this sale must be filed with the Bankruptcy Clerk within **21 days** from date of service [or such other time period as may be permitted Fed.R.Bankr.P. 9006(f)]. Those not required or not permitted to file electronically must deliver any objection by U.S. mail, courier, overnight/express mail, or in person at: 110 U.S. Courthouse, 121 W. Spring Street, New Albany, IN 47150.

The objecting party must ensure delivery of the objection to Trustee and the Debtor's attorney. **If an objection is NOT timely filed, the requested relief may be granted.**

WHEREFORE, the Debtor, by counsel, respectfully moves the Court to enter an Order approving the sale and granting such other relief as appropriate.

      Respectfully submitted,

/s/ J. Charles Guilfoyle
J. Charles Guilfoyle (#8386-10)
Attorney for Debtors
431 East Court Avenue
P.O. Box 148
Jeffersonville, IN  47131-0148
812-206-1840
charles@guilfoylebankruptcyl.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2023, a copy of the foregoing Motion for Authority to Sell Real Estate was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

Joseph M. Black, Jr.
jmbecf@trustee13.com

United States Trustee
ustpregion10.in.ecf@usdoj.gov

**John B. Flatt**
john@nf-law.com

**Fredric Lawrence**
rick@nf-law.com

**Kyle M Tompkins**
ktompkins@hgsuw.com

  I further certify that on February 22, 2023, a copy of the foregoing Motion for Authority to Sell Real Estate was mailed by first-class U.S. Mail, postage prepaid and properly addressed, to the creditors listed on the attached Creditor Matrix.

            /s/ J. Charles Guilfoyle
            J. Charles Guilfoyle